**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**THE CONSUMER PROTECTION FIRM, PLLC**
Heather H. Jones, Esq. *(*Pro Hac Vice)*
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Email: heather@theconsumerprotectionfirm.com

*Attorneys for Plaintiff,*
Andrew Dravecz

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DRAVECZ,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES, LLC,<br><br>                    Defendant. | Case No.:  2:21-cv-00987-AB-RAO<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

    **PLEASE TAKE NOTICE** that Plaintiff Andrew Dravecz ("Plaintiff") and Defendant Westlake Services, LLC d/b/a Westlake Financial Services, LLC ("Defendant") (collectively as "the Parties") have agreed to settle the above-captioned action and are in the process of drafting, finalizing, and executing a settlement agreement.  Following execution and consummation of the settlement agreement, the parties will file dismissal documents with the Court. The Parties respectfully request that the Court vacate any upcoming hearings or deadlines in this matter in light of the Parties' settlement.

Dated: April 21, 2021               Respectfully submitted,

                            **KAZEROUNI LAW GROUP, APC**

                    By:   *s/ Mona Amini*
                          MONA AMINI, ESQ.
                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On April 21, 2021 I served the within document(s):

- **NOTICE OF SETTLEMENT**

☒     CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on April 21, 2021 at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.

NOTICE OF SETTLEMENT